LOYD *et al. v.* WEBSTER *et al.*

CANDLER, J. 1. The judgment of a judge of the superior court in vacation, appointing trustees, can not be reviewed by this court upon a fast writ of error, notwithstanding there was also in the petition a prayer for injunction, it appearing that no action was taken by the court upon the application for injunction.

2. Under the ruling of this court in the case of *Smith* v. *Willis*, 105 *Ga.* 840, and upon application of counsel for the plaintiff in error, it is ordered that this case be transferred to the docket of the next term.

*All the Justices concurring, except Lumpkin, P. J., absent.*

Argued November 21,—Decided December 11, 1902.

Practice in the Supreme Court.

*Cabaniss & Willingham* and *Persons & Persons,* for plaintiffs in error. *R. L. Berner* and *J. B. Williamson,* contra.